**Denied and Opinion Filed December 14, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01509-CV

### IN RE DALLAS ETRIS, Relator

**Original Proceeding from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-00611-X**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Brown
Opinion by Justice Lang

This petition for writ of mandamus arises in a suit affecting the parent-child relationship. Relator requests that the Court order to the trial court to dismiss the proceedings. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has not established a right to relief.

We deny the petition.

151509F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE